UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

**UNITED STATES OF AMERICA**  CASE NO. 6:21-CR-00177-01

**VERSUS**  JUDGE DAVID C. JOSEPH

**MARVIS MASON (01)**  MAGISTRATE JUDGE DAVID J. AYO

MINUTES OF COURT:
SENTENCING

| Date: | June 21, 2023 | Presiding: Judge David C. Joseph | |
|---|---|---|---|
| Court Opened: | 10:54 AM | Courtroom Deputy: | Lisa LaCombe |
| Court Adjourned: | 11:14 AM | Court Reporter: | Cathleen Marquardt |
| Statistical Time: | 20 Minutes | Courtroom: | Courtroom 1 |
| | | Probation Officer: | Justin Opdenhoff |

**APPEARANCES**

| Daniel J Vermaelen (AUSA) | For | United States of America |
|---|---|---|
| Donald David Cleveland (Retained) | For | Marvis Mason (01), Defendant |
| Marvis Mason (01) | | Defendant (Released) |

**PROCEEDINGS**

Case called for Sentencing.
Defendant sworn and under oath.

**SENTENCING:**
**Count 1 of the First Superseding Indictment:** Defendant is committed to the Bureau of Prisons for **60 months**. Upon release from imprisonment, Defendant shall be on supervised release for **5 years**, with standard, mandatory and the following special condition:

a. Defendant shall participate in an outpatient substance abuse treatment program under the guidance of the U.S. Probation Office and shall follow the rules and regulations of that program. Defendant shall submit to drug testing as directed by the treatment facility and Probation Officer during the term of supervision. Defendant shall contribute to the cost of the treatment program in accordance with his ability to pay.

Defendant ordered to pay a $100.00 special assessment, payable immediately to the U.S. Clerk of Court.

No fine is ordered.

Page 2
June 21, 2023

Defendant advised of his right to appeal. Any appeal must be filed within fourteen (14) days of the Court's judgment.

Defendant ordered to self-surrender to the U S Marshal or Bureau of Prisons on or before **August 4, 2023, by 2:00 p.m.**

## MOTIONS:

**ORAL** Motion to **DISMISS** Counts 11 and 12 of the First Superseding Indictment by the USA. The motion was **GRANTED** by the Court.